### 18684.   ROSEVELT *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the single ground of the amendment to the motion for a new trial shows no cause for another hearing of the case.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED MARCH 7, 1928.

Criminal Law, 16 C. J. p. 1180, n. 74.

Possessing intoxicating liquor; from Dougherty superior court —Judge Custer. December 1, 1927.

*M. B. Peacock, Bennet & Peacock,* for plaintiff in error.

*B. C. Gardner, solicitor-general,* contra.